Discovery                                              12/11/07

Request For Production of Documents

Darrel Leroy Myers                    RECEIVED
                            CATHY A. CATTERSON, CLERK
                            U.S. COURT OF APPEALS
        Plaintiff            JAN 14 2008           Crim case C057558

V.S.                        FILED_____
                            DOCKETED_____
                                            INITIAL

Attorney General office et al Defendant   E-filing     TEH

                                    CV 08  '  0758
                                                    (PR)

Plaintiff Darrel L Myers requests defendant Attorney
General to respond within 15 days to the following requests
namely that:

(1)  Defendant produce and permit plaintiff to inspect
and to copy the following documents. (1) Search warrant
(2) D.N.A. Forensic. (3) Finger prints on weapon or Bullet casing
(4) Plea deal on Co-defendant. (5) Video tapes audio tapes
(6) Miranda Right violation. (7) Also video tape of Det.
who question Co-defendant or her pad on what she wrote
when question Co defendant.

(2)  Defendant produce and permit plaintiff to inspect
and copy, test or sample each of the following objects.
Blood Samples that was taken and who Ballistic on
the sample. Any weapon with finger prints. And to produce
Blood Samples of Co-defendant. It will show who
had victims blood on persons.

and to have documents and objects either here
at Mule Creek State Prison 15 day of this date
at 9:00 Am in A visiting Mule Creek State Prison
Highway 4. Or at the 3rd District Court in
Sac. what is the most convient to produce said
documents and objects. Also to produce vehicle
and all finger prints.

Dated Dec 11, 07
Ione CA

Under Penality and Perjury
Signed Darrel Myers
MCSP A-2 137 J82192
PO Box 409020
Ione CA 95640
Pro Se.

