**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

**COPY FILED**
08 FEB 27 PM 12: 57

General Court Number
415.522.2000

February 20, 2008

United States District Court
Eastern District of California
Office of the Clerk
501 "I" Street, Room 4-200
Sacramento, California 95814

**RECEIVED**
FEB 2 2 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY CLERK

RE: **Darrell L. Myers v. Rich Subia, Warden, et al., Case No. C-08-0758-TEH (PR)**

Dear Clerk,

08-cv-411 FCD GMK

Pursuant to an *order transferring* the above captioned case to your court, transmitted herewith are:

☒ Certified Docket Entries.

☒ Certified Copy of Transferral Order.

☒ Please access electronic case file for all the pleadings. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: <u>Thelma Nudo</u>
Deputy Clerk

Enclosures
Copies to counsel of record

February 20, 2008

---

**These instructions are for internal court use only.**

---

Instructions for Retrieving Northern District of California Electronic Case Files

This login and password is a court-user read-only login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**. It should be used only by court personnel who have a need to access relevant case information.

Login: **xfr**
Password: **xfr**

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at ecfhelpdesk@cand.uscourts.gov.